1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                               )
9            Plaintiff,                         )
                                               )
10       v.                                     )   2:13-CR-352-GMN-(PAL)
                                               )
11  PATRICK JAMES RICHARDSON, JR.,              )
                                               )
12           Defendant.                         )

13                **PRELIMINARY ORDER OF FORFEITURE**

14           This Court finds that on May 26, 2015, defendant PATRICK JAMES RICHARDSON, JR.,

15  pled guilty to Count Two of a Five-Count Criminal Indictment charging him with Conspiracy to

16  Possess a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code,

17  Sections 841(a)(1) and 846.  Criminal Indictment, ECF No. 6; Change of Plea, ECF No. 84; Plea

18  Agreement, ECF No. 86.

19           This Court finds defendant PATRICK JAMES RICHARDSON, JR., agreed to the forfeiture of

20  the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment.

21  Criminal Indictment, ECF No. 6; Change of Plea, ECF No. 84; Plea Agreement, ECF No. 86.

22           This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

23  has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

24  Allegations of the Criminal Indictment and the offense to which defendant PATRICK JAMES

25  RICHARDSON, JR., pled guilty.

26  / / /

The following assets are (1) any firearm or ammunition intended to be used in any violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2)  any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property in violation of Title 21, United States Code, Section 841(a)(1) and 846 and any proceeds traceable to such property; (3) any property constituting, or derived from any proceeds obtained, directly or indirectly, as the result of a violation of Title 21, United States Code, Sections 841(a)(1) and 846; and (4) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, and are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2).

      1.   a 9mm, Smith & Wesson pistol, model SW9VE, with an unknown serial number;

      2.   any and all ammunition; and

      3.   $44,302.00 in United States Currency

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of PATRICK JAMES RICHARDSON, JR., in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

/ / /

/ / /

3

following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 2nd day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on May 28, 2015, by the below identified method of service:

Electronic Filing

Angela H. Dows
Premier Legal Group
1333 North Buffalo Drive, S 210
Las Vegas, NV 89128
adows@premierlegalgroup.com
Counsel for John Ortega

Shawn R. Perez
Law Office of Shawn R. Perez
626 South Third Street
Las Vegas, NV 89101
Shawn711@msn.com
Counsel for Patrick James Richardson, Jr.

Lance a. Maningo
Bellon & Maningo, Ltd.
732 S. Sixth Street, S 102
Las Vegas, NV 89101
lam@bellonandmaningo.com
Counsel for Keith Alcos

Karen C. Winckler
Wright Stanish & Winckler
300 S. Fourth Street, S 701
Las Vegas, NV 89101
Winckler@wswlawlv.com
Counsel for George Flores

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal