Law Offices of Shawn R. Perez
**SHAWN R. PEREZ, ESQ**.
NV State Bar No. 10421
626 South Third Street
Las Vegas, NV 89101
(702) 485-3977
(702) 442-7095
shawn711@msn.com
Attorney for Defendant (CJA)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-cr-00352-GMN-PAL |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE TIME FOR HEARING ON PROBATION MOTION TO MODIFY CONDITIONS OF PROBATION |
| PATRICK RICHARDSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney and Shawn Perez, Esq., counsel for defendant Patrick Richardson, and hereby requests

THAT THE HEARING CURRENTLY SCHEDULED FOR Wednesday, January 17, 2018 at 1:30 p.m. be vacated and reset to a date and time convenient for the Court not sooner than 30 days from today's date.

This stipulation is entered into for the following reasons:

1. The parties need time to exchange information regarding the medications that Defendant has been prescribed and the date that those medications were prescribed.

2. Probation will need time to provide this information to their lab for testing and verification.

1

3. The parties agree to a continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request could result in the miscarriage of justice.

5. The defendant is not in custody.

6. This is the first continuance sought in this matter.

Respectfully submitted by:

Dated this 16th day of January, 2018

|  |  |
|---|---|
| /s/ Shawn R. Perez | DAYLE ELIESON<br>United States Attorney<br><br>/s/ Susan Cushman |
| SHAWN R. PEREZ, ESQ.<br>Attorney for Defendant,<br>PATRICK RICHARDSON | SUSAN CUSHMAN<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00352-GMN-PAL |
|---|---|
| Plaintiff, | ORDER ON STIPULATION TO CONTINUE TIME FOR HEARING ON PROBATION MOTION TO MODIFY CONDITIONS OF PROBATION |
| vs. | |
| PATRICK RICHARDSON, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The parties agree to a continuance.

2. The additional time requested herein is not sought for purposes of delay and the denial of this request could result in the miscarriage of justice.

3. The defendant is not in custody.

5. This is the first continuance requested.

**ORDER**

IT IS HEREBY ORDERED that the hearing originally set for Wednesday, January 17, 2018 at 1:30 p.m. be vacated and reset to Tuesday, February 20, 2018, at 11:30 a.m. in Courtroom 7C.

Dated: January 16, 2018.

_____
Chief United States Judge