YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
Attorney for Defendant
PATRICK RICHARDSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PATRICK RICHARDSON,<br><br>   Defendants. | 2:13-cr-00352-GMN-PAL-3<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE** |

COMES NOW, Defendant, PATRICK RICHARDSON ("Mr. Richardson"), by and through his CJA attorney YI LIN ZHENG, ESQ., of The Law Offices of Momot & Zheng, 520 S. Fourth St., Ste. 300, Las Vegas, NV 89101, and the United States being represented by and through the AUSA Susan Cushman, of the United States Attorney Office.

Defendant's Revocation of Supervised Release Hearing is currently set for April 26, 2018, at 10:00 a.m., a continuance is sought because the parties agree that the modification of conditions imposed at Mr. Richardson's detention hearing with placement at the halfway house and continued intensive outpatient counsel with the Westcare CARE program and continued negative drug test results are sufficient to address the concerns of the parties. A continuance of 60 days is sought to allow for Mr. Richardson's continued compliance with his modified supervised release conditions. If Mr. Richardson has no further violations in the next 60 days, the parties have contemplated that the modified sanctions are sufficient to resolve supervised release violation, making a revocation

hearing unnecessary. AUSA Susan Cushman had no objection to the request for continuance and possible resolution for the supervised release violations. Mr. Richardson is currently at the halfway house, per the Court's order. He has no opposition to the continuance and authorized counsel to seek a continuance from the Court.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the Revocation of Supervised Release Haring date in the above referenced case may be continued from Thursday April 26, 2018 at 10:00 a.m., for a period of 60 days until Tuesday June 26, 2018 or until such time convenient for this Honorable Court.

STIPULATION entered by:

_____/s/_____
YI LIN ZHENG
Nevada Bar No. 10811
MOMOT & ZHENG
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
Attorney for Defendant

_____/s/_____
DAYLE ELIESON
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste 1100
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   2:13-cr-00352-GMN-PAL-3
)
vs. )
) **ORDER TO CONTINUE**
PATRICK RICHARDSON, ) **REVOCATION OF SUPERVISED**
) **RELEASE**
        Defendants. )

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the Revocation of Supervised Release Hearing date in the above referenced case shall be continued from Thursday April 26, 2018 at 10:00 a.m., to June 28, 2018 at 11:30 a.m., Courtroom 7D.

DATED this  25  day of April of 2018.

_____
Honorable Chief Judge Gloria M. Navarro
United States District Judge