# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13-cr-00352-GMN-PAL-3 |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| PATRICK JAMES RICHARDSON, JR., ) | |
| Defendant. ) | |

On July 19, 2018, the Court held a hearing on a Petition for Revocation of Supervised Release (*See* Minutes, ECF No. 131). At that time, the Court agreed to extend the Defendant's residence at the halfway house through September 4, 2018.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Patrick James Richardson, Jr.'s residence at the halfway house will be extended through and including September 4, 2018.

**DATED** this 31st day of July, 2018.

Gloria M. Navarro, Chief Judge
United States District Court