# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:13-cr-00352-GMN-PAL-3 |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICK JAMES RICHARDSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On September 4, 2018, the Court held a hearing on a Petition for Revocation of Supervised Release (See Minutes, ECF No. 133). At that time, the Court modified the Defendant's term of supervised release to extend the Defendant's residence at the halfway house through September 21, 2018.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Patrick James Richardson, Jr.'s residence at the halfway house will be extended through and including September 21, 2018.

**DATED** this ___4___ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court