# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00352-GMN-PAL-3 |
| Plaintiff, | |
| vs. | **ORDER** |
| PATRICK JAMES RICHARDSON, JR., | |
| Defendant. | |

On September 18, 2018, the Court held a Status Conference, (See Minutes, ECF No. 135). At that time, the Court approved the Defendant's request to remain in residence at the halfway house through September 26, 2018.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Patrick James Richardson, Jr.'s residence at the halfway house will be extended up to September 26, 2018.

**DATED** this ___18___ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court